**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**December 27, 2011**

**CASE NUMBER: CV 11-06318 LHK**
**CASE TITLE: SAMUEL ANDERSON-v-//**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Richard Seeborg** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RS** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/27/11

FOR THE EXECUTIVE COMMITTEE:

Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 12/27/11 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA